No. 403. Marceaux v. Police Jury of Vermillion Parish. October 13, 1930. Petition for writ of certiorari to the Court of Appeals, First Circuit, of Louisiana, and motion for leave to proceed *in forma pauperis,* denied.

*Mr. Charles A. McCoy* for petitioner. No appearance for respondent.